200533

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE BOROUGHS, BRITTNEY CARLISLE, ARADIA CLARK and LORI LIBERA,<br><br>　　　　Plaintiffs,<br>　v.<br>FORD MOTOR COMPANY,<br><br>　　　　Defendant. | No. 1:20-cv-2727<br><br>Judge Edmond Chang |

**DEFENDANT, FORD MOTOR COMPANY'S
NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83.17, Curtiss S. Schreiber of Donohue Brown Mathewson & Smyth LLC withdraws his appearance for defendant, Ford Motor Company, and Emily E. Dory of Donohue Brown Mathewson & Smyth LLC substitutes her appearance for said defendant.

　　　　　　　　　　　　　　　　DONOHUE BROWN MATHEWSON & SMYTH LLC


　　　　　　　　　　　　　　　By:　/s/ Emily E. Dory
　　　　　　　　　　　　　　　　　　Emily E. Dory

DONOHUE BROWN MATHEWSON & SMYTH LLC
Karen Kies DeGrand – ARDC # 06191140
Emily E. Dory – ARDC # 6323830
140 South Dearborn Street, Suite 800
Chicago, IL  60603
(312) 422-0900
service@dbmslaw.com; degrand@dbmslaw.com; dory@dbmslaw.com

- 2 -

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

      I hereby certify that on January 3, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Emily E. Dory

DONOHUE BROWN MATHEWSON & SMYTH LLC
Karen Kies DeGrand – ARDC # 06191140
Emily E. Dory – ARDC # 6323830
140 South Dearborn Street, Suite 800
Chicago, IL 60603
(312) 422-0900
service@dbmslaw.com; degrand@dbmslaw.com; dory@dbmslaw.com